BEEK, Appellant, vs. MILWAUKEE AUTOMOBILE INSURANCE COMPANY, Respondent.

666

For the appellant: *Strehlow & Cranston* of Green Bay.
For the respondent: *Richard H. McCue* of Milwaukee, and *Evrard & Evrard* of Green Bay.

*By the Court.*—Judgment affirmed.